UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS MANUEL GONZALEZ, ) | |
| ) | |
| Petitioner, ) | No. CV 09-1454 AHM (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| JOSEPH NORWOOD, WARDEN, et al.,) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondents. ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: April 8, 2009

_____
A. Howard Matz
United States District Judge