**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LUIS MANUEL GONZALEZ,<br><br>      Petitioner,<br><br>vs.<br><br>JOSEPH NORWOOD, Warden, et al.<br><br>      Respondents. | Case No. CV 09-1454-AHM(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the motion to vacate pursuant to 28 U.S.C. §2255 is dismissed for lack of jurisdiction.

Dated: April 8, 2009

_____
A. Howard Matz
United States District Judge

**JS-6**